**Opinion issued July 16, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-13-00425-CV
_____

**GHX INDUSTRIAL, LLC, Appellant**

**V.**

**TITEFLEX CORPORATION, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-48034A**

---

### MEMORANDUM OPINION

Appellant GHX Industrial, LLC, has filed a motion to dismiss the appeal, stating that the parties have settled their dispute. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.
P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.